|   |   |
|---|---|
| | THE HONORABLE THOMAS S. ZILLY |

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEAJAI ELY, | CASE NO.: 2:18-CV-01690-TSZ |
| Plaintiff, | |
| vs. | **ORDER** |
| CRUISEPORT CURACAO CV, a Curacao General Partnership; HOLLAND AMERICA LINE N.V. dba HOLLAND AMERICA LINE N.V. LLC. a Curacao Corporation, individually and in its capacity as a general partner of Cruiseport Curacao CV; HAL ANTILLEN N.V., a Curacao Corporation; HAL NEDERLAND N.V., a Curacao Corporation; HOLLAND AMERICA LINE, INC., a Washington Corporation; HOLLAND AMERICA LINE-USA INC., a Delaware Corporation; and CARNIVAL CORPORATION & PLC; | |
| Defendants. | |

The Court is in receipt of the Parties' Joint Stipulation for Dismissal of Defendants CRUISEPORT CURACAO CV, HAL NEDERLAND N.V., HOLLAND AMERICA LINE-USA INC., and CARNIVAL CORPORATION & PLC without Prejudice, docket no. 9, with the

understanding between the parties that the statute of limitations will not be asserted if it is later determined that a dismissed defendant is later brought back into the case. Good cause appearing,

**IT IS HEREBY ORDERED**:

The Stipulation for Dismissal of Defendants CRUISEPORT CURACAO CV, HAL NEDERLAND N.V., HOLLAND AMERICA LINE-USA INC., and CARNIVAL CORPORATION & PLC without Prejudice is hereby GRANTED. Defendants CRUISEPORT CURACAO CV, HAL NEDERLAND N.V., HOLLAND AMERICA LINE-USA INC., and CARNIVAL CORPORATION & PLC are hereby dismissed without prejudice, and the statute of limitations will not be asserted if it is later determined that the dismissed defendants are later brought back into the case.

IT IS SO ORDERED.

Dated: February 19, 2019.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge