The Honorable Thomas S. Zilly

United States District Court
Western District of Washington At Seattle

| | |
|---|---|
| Peajai Ely,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Holland America Line N.V., Hal Antillen N.V., and Holland America Line, Inc.,<br><br>　　　　　　　　Defendants. | No. CV-18-1690- TSZ<br><br>**Stipulated Motion and Order<br>To Continue Pretrial Deadlines<br>and Trial Date** |

## **STIPULATION**

Pursuant to the Court's Minute Order Setting Trial Date and Related Dates (Dkt. 16) and Local Rules 10(g) and 16(b), the undersigned parties hereby stipulate and respectfully move the Court for an order continuing the trial date to September 14, 2020, and for a continuation of all related pre-trial dates. The trial date for this case is currently set for March 16, 2019, the expert disclosure deadline is August 26, 2019, and the date for completion of discovery is currently set for November 25, 2019. In support of this Stipulated Motion, the parties state as follows:

1. No prior extensions of the trial date or related deadlines have been requested by either party, and the requested continuance does not result from any lack of diligence on

Stipulated Motion and Order for
Continuance of Trial Date and Related Dates - 1
Case No 18 - 01690 - TSZ

Seattle Maritime Attorneys
225 106th Avenue
Bellevue, WA 98004
425-454-3800

the parties' or counsels' part.  Counsel for the parties have fostered an amicable working relationship that has served to facilitate discussions throughout this lawsuit.  The parties are engaged in the discovery process and are making efforts to efficiently complete discovery, including depositions and the inspection of a busy traveling cruise ship.

2.  Good cause exists for the requested continuance because additional time is needed for the completion of further medical treatment by the Plaintiff, and discovery concerning Plaintiff's ongoing medical condition.  The parties are also attempting to schedule the inspection of the traveling cruise ship whereupon Plaintiff's alleged injuries occurred.  Further, defendants' lead counsel in this matter recently experienced unexpected injuries requiring medical treatment that also may interfere with the parties' ability to complete expert disclosures and discovery by the existing deadlines.

3.  For these reason, the parties respectfully request the Court continue the trial date until September 14, 2020, or to a date as soon thereafter as the Court may order, and issue a new Scheduling Order in accordance with the new trial date

| **Dated this <u>10th</u> day of June, 2019.** | **Dated this <u>10th</u> day of June, 2019.** |
|---|---|
| Merriam Law Firm<br>Dba Seattle Maritime Attorneys | Maltzman & Partners, P.A. |
| *s/JOHN W. MERRIAM*<br>*s/John Merriam* | *s/Jeffrey B. Maltzman*<br>*s/Jefferey Maltzman, per authority* |
| John W. Merriam, WSBA #12749<br>4005 20th Avenue West, Suite 110<br>Seattle, Washington 98199<br>Telephone 206.729.5252<br>Facsimile  206.729.1012<br>E-mail:john@merriam-maritimelaw.com | Jeffrey B. Maltzman,WSBA#52051 & CASB#131758<br>Edgar R. Nield, WSBA #53297 & CASB #135018<br>Physical Address:  506 2nd Avenue, Suite 1400<br>                              Seattle, WA 98104<br>Mailing Address:   679 Encinitas Blvd #201<br>                              Encinitas, CA 92024 |

Stipulated Motion and Order for
Continuance of Trial Date and Related Dates - 2
Case No 18 - 01690 - TSZ

**SEATTLE MARITIME ATTORNEYS**
225 106th Avenue
Bellevue, WA 98004
425-454-3800

| | |
|---|---|
| Attorney for Plaintiff | Telephone: 760.942.9880 |
| | Facsimile: 760.942.9882 |
| | E-mail: jeffrey@maltzmanpartners.com |
| Webb Law Firm | E-mail: edn@maltzmanpartners.com |
| Dba Seattle Maritime Attorneys | Attorneys for Defendants |

*S/GORDON WEBB*
_____
Gordon C. Webb, WSBA # 22777
225 106th Avenue NE
Bellevue, Washington 98004
Telephone 425.454.3800
Facsimile  425.307.6446
E-mail Gordon@webblawfirm.net
Attorney for Plaintiff

## **ORDER**

THIS MATTER having come before the Court upon the stipulation of the parties, docket no. 17,

**IT IS HEREBY ORDERED** that:

1. The trial date in this matter be continued from March 16, 2020, to September 14, 2020; the Clerk shall issue a new minute order setting forth the new pretrial deadlines pursuant to FRCP 16(b).

DATED this 13th day of June, 2019.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Stipulated Motion and Order for
Continuance of Trial Date and Related Dates - 3
Case No 18 - 01690 - TSZ

**SEATTLE MARITIME ATTORNEYS**
225 106th Avenue
Bellevue, WA 98004
425-454-3800

**Presented By:**

*s/Gordon Webb*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
GORDON C. WEBB, WSBA # 22777
225 106th Avenue NE
Bellevue, WA 98004
Telephone: 425.454.3800
Fax: 425.307.6446
E-mail: gordon@webblawfirm.net
Attorneys for Plaintiff

**Approved by, Copy Received:**

*s/ Jeffrey B. Maltzman,* PER EMAIL AUTHORITY

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Jeffrey B. Maltzman,WSBA#52051 & CASB#131758
Edgar R. Nield, WSBA #53297 & CASB #135018
Physical Address: 506 2nd Avenue, Suite 1400
                  Seattle, WA 98104
Mailing Address:  679 Encinitas Blvd #201
                  Encinitas, CA 92024
Telephone:        760.942.9880
Facsimile:        760.942.9882
E-mail:           jeffrey@maltzmanpartners.com
E-mail:           edn@maltzmanpartners.com
Attorneys for Defendants

Stipulated Motion and Order for
Continuance of Trial Date and Related Dates - 4
Case No 18 - 01690 - TSZ

**SEATTLE MARITIME ATTORNEYS**
225 106th Avenue
Bellevue, WA 98004
425-454-3800