# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PEAJAI ELY,

    Plaintiff,

v.

HOLLAND AMERICA LINE, N.V.,
HAL ANTILLEN N.V., and
HOLLAND AMERICA LINE, INC.,

    Defendants.

C18-1690 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having considered the parties' stipulated request for extension of the trial date and related deadlines, the Court continues the trial date and related deadlines as indicated:

| **JURY TRIAL DATE (4-5 days)** | **September 14, 2020** |
|---|---|
| Deadline for Amending Pleadings | February 24, 2020 |
| Disclosure of expert testimony | February 24, 2020 |
| Discovery motions filing deadline | April 16, 2020 |
| Discovery completion deadline | May 25, 2020 |

MINUTE ORDER - 1

| Dispositive motions filing deadline | June 25, 2020 |
|---|---|
| Motions related to expert witnesses (e.g., Daubert motion) deadline | July 2, 2020 |
| Motions in limine filing deadline | August 13, 2020 |
| Agreed pretrial order due[1] | August 28, 2020 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 28, 2020 |
| Pretrial conference scheduled for **1:30 p.m.** on | September 4, 2020 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

---

[1] The Agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 16, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
