The Honorable Thomas S. Zilly

# United States District Court
## Western District of Washington At Seattle

Peajai Ely,

          Plaintiff,

v.

Holland America Line N.V., Hal Antillen N.V., and Holland America Line, Inc.,

          Defendants.

No. CV-18-1690-TSZ

**Stipulated Motion and Order To Continue Disclosure of Expert Testimony And Discovery Deadlines Limited to Experts Participating In Vessel Inspection**

## **STIPULATION**

The parties hereby stipulate to a limited extension of the deadlines to disclose expert testimony and for the completion of discovery to accommodate an inspection of the subject cruise ship by the parties experts on April 15, 2020. The parties request an extension of the deadline for disclosing testimony from experts participating in the vessel inspection to May 29, 2020, and the deadline for completing discovery with regard to said experts to June 25, 2020.

**Stipulated Motion and Order To Continue Disclosure of Expert Testimony And Discovery Deadlines Limited to Experts Participating In Vessel Inspection** - 1
Case No 18 - 01690 - TSZ

Seattle Maritime Attorneys
225 106th Avenue
Bellevue, WA 98004
425-454-3800

In support of this Stipulated Motion, the parties state as follows:

1. The transient nature of the subject cruise ship has made inspection difficult to coordinate. The vessel returns to the Pacific Northwest in April 2020, and will be available for inspection by the parties and their experts in Seattle on Saturday, April 15, 2020, and at regular intervals thereafter.

2. The requested continuance does not result from any lack of diligence on the parties or counsel. Counsel for the parties have fostered an amicable working relationship that has served to facilitate cooperation and recent settlement discussions. The parties are working towards efficient completion of discovery, including written discovery, depositions, scheduling Plaintiff's IME, and the inspection of a busy traveling cruise ship.

3. The parties limit the extension of expert the disclosure and discovery completion deadlines to only the testimony of those experts that participate in the vessel inspection. All other expert disclosures will be completed by February 24, 2020. All other discovery will be completed by May 25, 2020. None of the other deadlines set by the Court's Minute Order will be affected by the extensions.

4. Good cause exists for the requested extensions because additional time is needed for the disclosure and discovery of testimony from experts involved in the vessel inspection.

5. For these reason, the parties respectfully request the Court continue the deadline for disclosing testimony from experts participating in the vessel inspection to May 29, 2020, and the deadline for completing discovery with regard to said experts to June 25, 2020.

**Stipulated Motion and Order To Continue**
**Disclosure of Expert Testimony And Discovery Deadlines**
**Limited to Experts Participating In Vessel Inspection** - 2
Case No 18 - 01690 - TSZ

**SEATTLE MARITIME ATTORNEYS**
225 106th Avenue
Bellevue, WA 98004
425-454-3800

Dated this <u>26th</u> day of September, 2019.    Dated this <u>26th</u> day of September, 2019.

Merriam Law Firm
Dba Seattle Maritime Attorneys

*s/John Merriam*

———————————————————
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
Telephone 206.729.5252
Facsimile 206.729.1012
E-mail:john@merriam-maritimelaw.com
Attorney for Plaintiff

Maltzman & Partners, P.A.

*s/ Edgar R. Nield, per authority*

———————————————————
Edgar R. Nield, WSBA #53297 & CASB #135018
Physical Address: 506 2nd Avenue, Suite 1400
                  Seattle, WA 98104
Mailing Address:  679 Encinitas Blvd #201
                  Encinitas, CA 92024
Telephone:        760.942.9880
Facsimile:        760.942.9882
E-mail:           jeffrey@maltzmanpartners.com
E-mail:           edn@maltzmanpartners.com
Attorneys for Defendants

Webb Law Firm
Dba Seattle Maritime Attorneys

*s/GORDON WEBB*

———————————————————
Gordon C. Webb, WSBA # 22777
225 106th Avenue NE
Bellevue, Washington 98004
Telephone 425.454.3800
Facsimile 425.307.6446
E-mail Gordon@webblawfirm.net
Attorney for Plaintiff

# **ORDER**

THIS MATTER having come before the Court upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that:

1. The deadline for disclosing testimony from experts participating in the vessel inspection is continued to May 29, 2020, and the deadline for completing discovery with regard to experts participating in the vessel inspection is continued to June 25, 2020.

**Stipulated Motion and Order To Continue
Disclosure of Expert Testimony And Discovery Deadlines
Limited to Experts Participating In Vessel Inspection** - 3
Case No 18 - 01690 - TSZ

SEATTLE MARITIME ATTORNEYS
225 106th Avenue
Bellevue, WA 98004
425-454-3800

**DATED this 1st day of October, 2019.**

_____
Thomas S. Zilly
United States District Judge

Presented By:

*s/Gordon Webb*
_____
GORDON C. WEBB, WSBA # 22777
225 106th Avenue NE
Bellevue, WA 98004
Telephone: 425.454.3800
Fax: 425.307.6446
E-mail: gordon@webblawfirm.net
Attorneys for Plaintiff

**Approved by, Copy Received:**

*s/ Edgar R. Nield,* PER AUTHORITY
_____
Edgar R. Nield, WSBA #53297 & CASB #135018
Jeffrey B. Maltzman, WSBA#52051 & CASB#131758
Physical Address: 506 2nd Avenue, Suite 1400
                            Seattle, WA 98104
Mailing Address: 679 Encinitas Blvd #201
                            Encinitas, CA 92024
Telephone: 760.942.9880
Facsimile: 760.942.9882
E-mail: jeffrey@maltzmanpartners.com
E-mail: edn@maltzmanpartners.com
Attorneys for Defendants

**Stipulated Motion and Order To Continue Disclosure of Expert Testimony And Discovery Deadlines Limited to Experts Participating In Vessel Inspection** - 4
Case No 18 - 01690 - TSZ

SEATTLE MARITIME ATTORNEYS
225 106th Avenue
Bellevue, WA 98004
425-454-3800